# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| 3D SCAN GUIDE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CHROME FULL ARCH GUIDED SYSTEMS and ROW DENTAL LABORATORY, INC., <br><br> *Defendants*. | Case No.: 2:23-CV-00194-JRG <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff 3D Scan Guide, LLC ("Plaintiff") and Defendants Chrome Full Arch Guided Systems and ROE Dental Laboratory, Inc.(together, "Defendants") (collectively, "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement and would show the Court as follows:

The Parties have agreed to a settlement in principle that will settle all matters in controversy between the Parties. The Parties are in the process of finalizing the documents pertaining to the settlement. The Parties wish to conclude the settlement proceedings without burdening the Court with any additional filings and without incurring unnecessary expense. The Parties anticipate that they will be able to submit dismissal papers within thirty-one (31) days from the date of this filing. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings, including all pending deadlines between the Parties and with the Court until March 31, 2025.

The Parties submit that good cause exists for granting this Motion, as set forth above. The Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this Motion and grant the Parties such other and further relief to which they are entitled.

Dated: February 28, 2025

Respectfully submitted,

 /s/ M. Scott Fuller

M. Scott Fuller
Texas Bar No. 24036607
Georgia Bar No. 100968
sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 West Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 908-4400

*Attorney for Plaintiff*
*3D Scan Guide, LLC*

 /s/ Melissa R. Smith

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Bruce G. Chapman
**Orbit IP, LLP**
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: (310) 887-1333, ext. 112
Fax: (310) 887-1334
Email: bruce@orbitip.com

*Attorneys for Defendants*
*Chrome Full Arch Guided Systems*
*And ROE Dental Laboratory, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought herein.

                                                                   */s/ Melissa R. Smith*
                                                                   _____
                                                                   Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on February 28, 2025.

                                                                   */s/ Melissa R. Smith*
                                                                   _____
                                                                   Melissa R. Smith