# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| 3D SCAN GUIDE, LLC, *Plaintiff*, v. CHROME FULL ARCH GUIDED SYSTEMS and ROW DENTAL LABORATORY, INC., *Defendants*. | Case No.: 2:23-CV-00194-JRG **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff 3D Scan Guide, LLC's and Defendants Chrome Full Arch Guided Systems' and ROE Dental Laboratory, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that all deadlines in this matter are stayed for thirty-one (31) days, during which time the appropriate dismissal papers are to be filed with the Court.